PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPrevolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
HEATHER A. MOSER (CA SBN 212686)
(HMoser@mofo.com)

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
APPLE INC. and APPLE COMPUTER PERIPHERALS, INC.

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*
3/11/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAIG P. ASHIKIAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California Corporation; APPLE COMPUTER PERIPHERALS, INC., a California corporation; AT&T MOBILITY, LLC, a Delaware limited liability company;<br><br>Defendants. | Case No.  C 08-05810 JW<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED that Defendant Apple Inc.'s and Defendant Apple Computer Peripherals, Inc.'s time to move, answer or otherwise respond to the complaint filed in the above-captioned matter is hereby extended to and including April 8, 2009.

//

//

//

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. C 08-05810 JW
sf-2652584

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 6, 2009 | MORRISON & FOERSTER LLP |
| 3 | | |
| 4 | | By: /s/ Penelope A. Preovolos |
| | | Penelope A. Preovolos |
| 5 | | Attorneys for Defendants |
| | | APPLE INC. and APPLE |
| 6 | | COMPUTER PERIPHERALS, INC. |
| 7 | | |
| 8 | Dated: March 6, 2009 | FINKELSTEIN THOMPSON LLP |

By: /s/ Daniel T. LeBel
Daniel T. LeBel

Attorneys for Plaintiff
HAIG P. ASHIKIAN

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Penelope A. Preovolos
Penelope A. Preovolos

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. C 08-05810 JW
sf-2652584

2