*IT IS SO ORDERED*
*Judge James Ware*
4/7/2009

1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   (PPrevolos@mofo.com)
2  ANDREW D. MUHLBACH (CA SBN 175694)
   (AMuhlbach@mofo.com)
3  HEATHER A. MOSER (CA SBN 212686)
   (HMoser@mofo.com)
4
   MORRISON & FOERSTER LLP
5  425 Market Street
   San Francisco, California 94105-2482
6  Telephone: 415.268.7000
   Facsimile: 415.268.7522
7
   Attorneys for Defendants
8  APPLE INC. and APPLE COMPUTER PERIPHERALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAIG P. ASHIKIAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California Corporation; APPLE COMPUTER PERIPHERALS, INC., a California corporation; AT&T MOBILITY, LLC, a Delaware limited liability company;<br><br>Defendants. | Case No.   C 08-05810 JW<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED that Defendant Apple Inc.'s and Defendant Apple Computer Peripherals, Inc.'s time to move, answer or otherwise respond to the complaint filed in the above-captioned matter is hereby extended to and including May 8, 2009.

//

//

//

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. C 08-05810 JW
sf-2665775

1

Dated: April 2, 2009                MORRISON & FOERSTER LLP

By:  /s/ Penelope A. Preovolos
     Penelope A. Preovolos

Attorneys for Defendants
APPLE INC. and APPLE
COMPUTER PERIPHERALS, INC.

Dated: April 2, 2009                FINKELSTEIN THOMPSON LLP

By:  /s/ Rosemary M. Rivas
     Rosemary M. Rivas

Attorneys for Plaintiff
HAIG P. ASHIKIAN

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:  /s/ Penelope A. Preovolos
     Penelope A. Preovolos

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. C 08-05810 JW
sf-2665775

2